No. 92–1918. HAMILTON ET AL. *v.* GROCERS SUPPLY CO., INC. C. A. 5th Cir. Certiorari denied.

No. 92–1919. HOLLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1921. AITSON *v.* CAMPBELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1922. TERRITORY OF GUAM *v.* TURNER ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1924. CARTER ET AL. *v.* HONDA MOTOR CO., LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1926. MURRAY *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 92–1927. FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1928. EVANS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1929. CARTER ET AL. *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. 9th Cir. Certiorari denied.

No. 92–1930. GRIFFIN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 92–1931. GARELICK ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1932. BESING ET AL. *v.* HAWTHORNE. C. A. 5th Cir. Certiorari denied.

No. 92–1935. GERRISH *v.* RUNYON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.

No. 92–1936. YEAGER ET AL. *v.* CITY OF MCGREGOR, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.